UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

*Thomas M. Gould, Clerk*  *Deputy-in-Charge*
*242 Federal Building*  *U.S. Courthouse, Room 262*
*167 N. Main Street*  *111 South Highland Avenue*
*Memphis, Tennessee 38103*  *Jackson, Tennessee  38301*
*(901) 495-1200*  *(731) 421-9200*

# NOTICE OF SETTING
### Before Judge Jon Phipps McCalla, United States District Judge

July 2, 2019

RE: **2:19-cv-02414-JPM**
**Perkins & Marie Callender's LLC v. 5171 Campbells Land Co., Inc., William T. Kane, & Kristine Kochis**

Dear Sir/Madam:

A **PRELIMINARY INJUCTION HEARING** has been **SET** before **Judge Jon PhippsMcCalla** for **MONDAY, JULY 8, 2019 at 4:00 P.M. (CST)** in **Courtroom 7, on the 9th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY: *s/Jeffrey Sample*,
Case Manager for Judge Jon Phipps McCalla
901-495-1243
jeffrey_sample@tnwd.uscourts.gov