IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| PERKINS & MARIE CALLENDER'S LLC, | ) ) ) | |
| Plaintiff, | ) ) | Docket No. 2:19-cv-02414 |
| v. | ) ) | |
| 5171 CAMPBELLS LAND CO., INC., WILLIAM T. KANE, AND KRISTINE KOCHIS., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION TO CONTINUE**

Before the Court is Defendants' Motion to Continue the July 8, 2019 preliminary injunction hearing. (ECF No. 23.) The Defendants state that Defendant William Kane is a necessary witness for the injunction, and that he is unable to appear for the hearing because of health problems. (Id.) The Defendants' Motion does not, however, make a clear request for the date of such a continuance. (Id. at ¶ 7.) Plaintiffs have filed a response in opposition, stating that Defendants have yet to comply with the Court's Temporary Restraining Order. (ECF No. 25.)

The hearing remains set as scheduled. The parties shall be prepared to discuss the Motion for Preliminary Injunction, the Temporary Restraining Order, and the Motion to Continue. (ECF Nos. 9, 19, 23.)

**SO ORDERED**, this 8th day of July, 2019.

/s/ Jon McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE